UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BLAINE CLAYTON, AH4333, <br><br> Plaintiff. | Case No. 18-cv-06625-CRB (PR) <br><br> **ORDER OF DISMISSAL** |

On October 31, 2018, the clerk filed as a new prisoner action a letter by plaintiff complaining that at "CSATF State Prison on June 18, 2018" "20 to 30 male inmates" were "stripped naked" in front of "female staff." ECF No. 1 at 1. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

On November 30, 2018, plaintiff filed a motion for extension of time, which the court granted as follows: "Plaintiff shall file an actual complaint, and pay the requisite filing fee or file a complete IFP application, by no later than December 14, 2018. Failure to do so will result in the dismissal of this action without prejudice." ECF No. 8 at 1.

To date, plaintiff has not provided the court with any of the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: December 21, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　　Defendant. | Case No. 3:18-cv-06625-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Blaine Clayton ID: AH4333
CSATF/State Prison at Corcoran D-4-211 L
PO Box 5242
Corcoran, CA 93212

Dated: December 21, 2018

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER

2